TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
LEOPOLDO PENA MENDOZA, ELVIZ SANCHEZ
and JOSE ARMANDO CORTES

PAUL V. SIMPSON, BAR NO. 83878
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861
psimpson@sgijlaw.com

Attorneys for Defendant
GRANITE ROCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEOPOLDO PENA MENDOZA, ELVIZ SANCHEZ and JOSE ARMANDO CORTES, <br><br> Plaintiff, <br><br> v. <br><br> FONSECA MCELROY GRINDING CO. INC. an GRANITE ROCK COMPANY, <br><br> Defendants. | Case No: 15-CV-05143-WHO <br><br> **STIPULATION TO CONTINUE INITIAL CMC DUE TO COUNSEL'S UNAVAILABILITY** |

1

Plaintiffs LEOPOLDO PENA MENDOZA, ELVIZ SANCHEZ and JOSE ARMANDO CORTES and Defendant GRANITE ROCK COMPANY through their attorneys of record hereby submit the following stipulation.

1. The Court set the Initial Case Management Conference for February 16, 2016 at 2:00 p.m. Docket 12;

2. Plaintiffs' counsel Tomas E. Margain is unavailable that day as he scheduled and paid for a family vacation and will not return until February 18, 2016. The only other attorney in counsel's office, Huy Tran is not available and also not familiar with or involved in the case. Plaintiffs' counsel can appear by phone in the event the Court would like the Case Management Conference to continue as scheduled and would grant the request to appear by phone.; and

3. Counsel for the parties are available for a Case Management at 2:00 pm on the following Tuesdays: February 23, 2016 and March 6, 2016.

Dated: February 3, 2016          //s// Tomas E. Margain
                                 TOMAS MARGAIN
                                 Counsel for Plaintiffs

Dated: February 3, 2016          //s// Paul V. Simpson
                                 PAUL V. SIMPSON
                                 SIMPSON, GARRITY, INNES & JACUZZI
                                 Counsel for Defendant

### ORDER

Based on GOOD CAUSE shown and upon the stipulation of the parties, the Court orders as follows:

The Case Management Conference set for February 16, 2016 at 2:00 pm in Courtroom 2, 17th Floor, 450 Golden Gate is continued to 2/23/2016 in the same courtroom..

Dated: February 26, 2016         _____
                                 WILLIAM H. ORRICK
                                 UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE INITIAL
CMC DUE TO COUNSEL'S UNAVAILABILITY