1  TOMAS MARGAIN, Bar No. 193555
   Justice at Work Law Group
2  84 W. Santa Clara St., Ste. 790
   San Jose, CA 95113
3  Tel: (408) 317-1100
   Fax: (408) 351-0105
4  Tomas@JAWLawGroup.com

5  Attorneys for Plaintiffs
   LEOPOLDO PENA MENDOZA, ELVIZ SANCHEZ
   and JOSE ARMANDO CORTES
6

7  PAUL V. SIMPSON, BAR NO. 83878
   SIMPSON, GARRITY, INNES & JACUZZI
8  Professional Corporation
   601 Gateway Boulevard, Suite 950
9  South San Francisco, CA  94080
   Telephone: (650) 615-4860
10 Fax:  (650) 615-4861
   psimpson@sgijlaw.com
11
   Attorneys for Defendant
12 GRANITE ROCK COMPANY.

13
14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16
17 LEOPOLDO PENA MENDOZA, ELVIZ            Case No. 15-CV-05143-WHO
   SANCHEZ AND JOSE ARMANDO
18 CORTES,                                 **STIPULATION & ORDER TO EXTEND FACT
                                           AND EXPERT DISCOVERY CUT-OFF
19                                         DATES**

20             Plaintiff,

21                                         HON. WILLIAM H. ORRICK

22     v.

23

24 FONSECA McELROY GRINDING CO.
   INC. and GRANITE ROCK COMPANY;
25
               Defendants.
26

27

28

{30234-11 00392907.DOCX 1 }
**STIPULATION & ORDER TO EXTEND FACTS AND
EXPERT DISCOVERY CUT-OFF DATES**

WHEREAS, the fact discovery cut-off date in this matter is November 1, 2016 and the expert discovery cut-off date is November 30, 2016;

WHEREAS, the parties have filed cross- motions for partial summary judgment, which are set for hearing on October 26, 2016, on the discrete legal issue of whether traveling to and from a public works project under the facts in this case is covered by prevailing wage obligations and if so if Plaintiffs were properly compensated;

WHEREAS the parties have scheduled a mediation in this matter with mediator Ray Wong for November 29, 2016; and

WHEREAS this matter is set for a bench trial on May 8, 2017;

THEREFORE, in order to provide the parties with ample time to conduct discovery if they are not able to resolve this matter at mediation, the parties hereby stipulate and agree to continue the fact discovery cut-off date to January 31, 2017 and to continue the expert discovery cut-off date to February 15, 2016, with expert disclosure on or before January 15, 2016.

IT IS SO STIPULATED

Dated: October 17, 2016        //s//  Tomas Margain
                               TOMAS MARGAIN
                               Counsel for Plaintiffs LEOPOLDO PENA
                               MENDOZA, ELVIZ SANCHEZ and JOSE
                               ARMANDO CORTES

Dated: October 17, 2016        //s// Paul V. Simpson
                               PAUL V. SIMPSON
                               Counsel for Defendant GRANITE ROCK
                               COMPANY

{30234-11 00392907.DOCX 1 }
**STIPULATION & ORDER TO EXTEND FACTS AND EXPERT DISCOVERY CUT-OFF DATES**     1.

## ORDER

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefore, that the fact discovery cut-off date in this matter is continued to January 31, 2017 and that the expert discovery cut-off date is continued to February 15, 2016, with expert disclosure on or before January 15, 2016.

IT IS SO ORDERED:

Dated: October 17, 2016

By: /s/ William H. Orrick

WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

{30234-11 00392907.DOCX 1 }
**STIPULATION & ORDER TO EXTEND FACTS AND EXPERT DISCOVERY CUT-OFF DATES**

2.